IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES M. BROADHEAD, #244802, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. 2:16-cv-081-WHA |
| ) | |
| NURSE SMITH, et al., ) | (WO) |
| ) | |
| Defendants. ) | |

**ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #2), entered on February 9, 2016.  There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice for failure of the Plaintiff to pay the requisite filing and administrative fees upon initiation of this case.  Final Judgment will be entered accordingly.

DONE this 2nd day of March, 2016.

/s/  W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE